IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,                                        01cv2482

                                                            **ELECTRONICALLY FILED**

  v.

MISCELLANEOUS COMPUTER
EQUIPMENT,

    Defendant.

### Order of Court

And now, this 4th day of October, 2006, it is hereby ordered that the stay of this civil forfeiture action is lifted and that the United States shall give notice to any person or entity having or claiming a legal interest in the defendant's property that they must file a claim and answer in accordance with federal forfeiture law.  Accordingly, the motion to stay lift of civil proceedings (doc. no. 7) is GRANTED.

                                                                s/Arthur J. Schwab
                                                                 Arthur J. Schwab
                                                                 United States District Judge

cc:    All counsel of record